UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HERLINDA FRANCISCO, on behalf of herself,
FLSA Collective Plaintiffs and the Class

                        Plaintiff,         Case No.: 19-CV-01649

    v.

NY TEX CARE, INC.,
d/b/a GREEN & WHITE DRY CLEANERS,
and INSUN YUN

                        Defendants.

---

### NOTICE OF APPEARANCE OF ANNE SEELIG FOR PLAINTIFF

PLEASE TAKE NOTICE, that the undersigned shall appear as counsel for Plaintiff in the above-captioned matter.

Dated: April 23, 2019

                                             Respectfully submitted,

                                             LEE LITIGATION GROUP, PLLC
                                             Anne Seelig (AS 3976)
                                             30 East 39th Street, Second Floor
                                             New York, NY 10016
                                             Tel: 212-661-1008
                                             Fax: 212-465-1181
                                             *Attorneys for the Plaintiff*

                                             By: _____
                                                   Anne Seelig, Esq.