UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: LEE LITIGATION GROUP

HERLINDA FRANCISCO, ETC.

Plaintiff(s)

Index # 19 CV 1649

- against -

Purchased March 22, 2019

NY TEX CARE INC., D/B/A GREEN & WHITE DRY CLEANERS, ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

QAZI HAIDER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 25, 2019 at 12:16 PM at

148-39 KALMIA AVENUE
FLUSHING, NY 11355

deponent served the within SUMMONS AND COMPLAINT on INSUN YUN therein named,

**SUITABLE AGE**
by delivering thereat a true copy of each to "JANE SMITH" a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. She identified herself as the CO-TENANT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|------------|------------|---------------|------------------|------------------|
| FEMALE | YELLOW | BLACK | 70 | 5'3 | 110 |

**MAILING**
Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

148-39 KALMIA AVENUE
FLUSHING, NY 11355

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 30, 2019 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**
Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  April 30, 2019

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | **QAZI HAIDER** |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | License #: 1466043 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | Invoice #: 716798 |
| Commission Expires November 26, 2019 | Commission Expires April 11,2023 | Commission Expires April 3, 2023 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045