### LEE LITIGATION GROUP, PLLC
148 W 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

Writer's Direct:  212-465-1188
cklee@leelitigation.com

June 14, 2019

**<u>Via ECF</u>**
The Honorable Steven Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    *Francisco v. NY Tex Care, Inc. et al.*
                <u>Case No. 19-cv-1649</u>

Dear Judge Tiscione:

    We are counsel to Plaintiff in the above-referenced matter. We respectfully submit this letter in response to the Court's Status Report Order from June 5, 2019.

    As the Court is aware, Corporate Defendant was served on April 15, 2019, and Individual Defendant was served on April 25, 2019. On June 13, 2019, our office made contact with Individual Defendant, Insun Yun, who is also the principal of Corporate Defendant. Mr. Yun stated that he is in the process of retaining counsel to appear and respond in this matter. Accordingly, we respectfully request an extension of time for Defendants' to answer, move or otherwise respond to the complaint, to July 5, 2019.

    If Defendants have not appeared by July 5, 2019, Plaintiff intends to file a request for the Clerk's Certificate of Default no later than July 12, 2019, and then to file a motion for default judgment within two weeks of receipt of the Certificate.

    We thank the Court for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.