UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HERLINDA FRANCISCO, on behalf of herself, FLSA Collective Plaintiffs and the Class,

     Plaintiff,

-against-

NY TEX CARE, INC., d/b/a GREEN & WHITE DRY CLEANERS, and INSUN YUN

     Defendants.

---

19 CV 01649

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including August 5, 2019. There has been one previous request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED, that Defendants also agree to (i) waive all defenses to invalid service of process and (ii) accept service of the Complaint and all amendments thereon.

For the Defendants:

By: *Arthur H. Forman*
Arthur H. Forman, Esq.
Law Office of Arthur H. Forman
98-20 Metropolitan Avenue
Forest Hills, New York 11375
Telephone: (718) 268-2616
Fax: (718) 575-1600
ahf@ahforman.com

Date: June 21, 2019

SO ORDERED

_____
U.S.D.J.

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, New York 10011
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: June 21, 2019

_____
Dated