UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HERLINDA FRANCISCO, on behalf of herself,     Case No. 19-CV-01649 (PKC)(ST)
FLSA Collective Plaintiffs and the Class,

                           Plaintiff,                  **NOTICE OF APPEARANCE**

      -v.-

NY TEX CARE, INC., d/b/a GREEN & WHITE
DRY CLEANERS, and INSUN YUN,

                          Defendants.
-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

       Enter my appearance for defendants, NY TEX CARE, INC., d/b/a GREEN & WHITE DRY CLEANERS, and INSUN YUN, in the above-captioned action. I certify that I am admitted to practice in this Court, am currently in good standing, and there are no pending disciplinary proceedings against me.

Dated:  June 21, 2019
        Forest Hills, New York                                     _____/S_____
         .                                                                 ARTHUR H. FORMAN, ESQ.
                                                                        98-20 Metropolitan Avenue
                                                                        Forest Hills, New York 11375
                                                                        (718) 268-2616

                                                                        *Attorney for Defendants*