## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | August 22, 2109 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-19-1649 (PKC) |
| **NAME OF CASE(S):** | **FRANCISCO -V- NY TEX CARE, INC., ET AL.** |
| **FOR PLAINTIFF(S):** | Lee, Needham |
| **FOR DEFENDANT(S):** | Foreman |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 10:06 - 10:13 |

### RULINGS FROM INITIAL CONFERENCE:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 8/29/19;

Completion of Phase I discovery - 11/5/19;

Deadline for motions to join new parties or amend pleadings - 11/19/19;

First requests for production of documents and interrogatories due by - 12/4/19;

All fact discovery to be completed by 5/22/20;

Final date to take first step in dispositive motion practice - 6/21/20.

At the request of the parties, the case will be referred to the Court-Annexed Mediation Program pursuant to Local Rule 83.8. Mediation shall be completed by December 6, 2019.

Plaintiff's First Motion for Pre Motion Conference [17] is denied at this time without prejudice to renew if mediation is unsuccessful. Parties shall file a joint status report by December 13, 2019.