# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

September 26, 2019

**Via ECF**
The Honorable Steven Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Francisco, et al. v. NY Tex Care Inc. et al.*
Case No. 19-cv-01649 (PKC) (ST)

Dear Judge Tiscione:

We are counsel to Plaintiff and write jointly with counsel to Defendants. After Plaintiff filed her motion to compel on Monday, September 23, 2019 (Dkt. No. 22), Defendants have agreed to produce Mr. Yun for deposition at Plaintiff counsel's office this Friday, September 27, 2019, at 1:00 PM. Accordingly, Plaintiff withdraws her motion to compel at this time and will inform the Court if there are any issues that require the Court's attention.

We thank the Court for considering this matter.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties (via ECF)