# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | November 18, 2019 |
| **TIME:** | 2:30 P.M. |
| **DOCKET NUMBER(S):** | CV-19-1649 (PKC) |
| **NAME OF CASE(S):** | **FRANCISCO V. NY TEX CARE, INC. ET AL.** |
| **FOR PLAINTIFF(S):** | Needham |
| **FOR DEFENDANT(S):** | Foreman |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 2:37 - 2:52 |

## RULINGS FROM STATUS CONFERENCE:

Plaintiff shall file the Motion for Certification of a Collective Action by November 22, 2019; Defendants' response shall be filed by December 23, 2019. Plaintiff's request for class discovery is denied at this time. The Court will revisit the issue once the Collective Action Motion is fully briefed.