## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 27, 2020 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-19-1649 (PKC) |
| **NAME OF CASE(S):** | **FRANCISCO -V- NY TEX CARE, INC., ET AL.** |
| **FOR PLAINTIFF(S):** | Lee |
| **FOR DEFENDANT(S):** | Forman |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 12:10 - 12:22 (AT&T) |

### RULINGS FROM TELEPHONE CONFERENCE:

For the reasons discussed on the record, Plaintiff's Letter MOTION to Compel [24] is granted in part and denied in part. Defendants will provide employment and time records for all pressers. The request for records of all other employees is denied at this time. Defendant shall also review any potential electronic evidence and confer with Plaintiff's counsel to determine the most efficient way to search any electronic databases for relevant evidence.