## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 26, 2020 |
| **TIME:** | 11:30 A.M. |
| **DOCKET NUMBER(S):** | CV-19-1649 (PKC) |
| **NAME OF CASE(S):** | **FRANCISCO V NY TEX CARE, INC., ET AL.** |
| **FOR PLAINTIFF(S):** | Lee |
| **FOR DEFENDANT(S):** | Forman |
| **NEXT CONFERENCE(S):** | **See Rulings Below** |
| **FTR/COURT REPORTER:** | 11:30 - 11:38 (AT&T) |

### RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, Plaintiff's First MOTION for Extension of Time to Complete Discovery [42] is granted. Within seven (7) days of the District Court's ruling on the Report & Recommendation regarding conditional certification [38], parties shall file a joint revised discovery schedule for this Court's approval.