# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:        212-465-1188
                        cklee@leelitigation.com

June 29, 2020

**Via ECF**
The Honorable Steven Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:   *Francisco v. NY Tex Care, Inc. et al.*
              Case No. 19-cv-1649

Dear Judge Tiscione:

    We are counsel for Plaintiff and write jointly with Defendants to provide the parties' agreed upon Notice to Class, which is attached hereto as **Exhibit A**.

    We thank Your Honor for considering this matter.


Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.