## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 19, 2021 |
| **TIME:** | 1:00 P.M. |
| **DOCKET NUMBER(S):** | CV-19-1649 (PKC) |
| **NAME OF CASE(S):** | **FRANCISCO V. NY TEX CARE, INC. ET AL** |
| **FOR PLAINTIFF(S):** | Lee, Selig |
| **FOR DEFENDANT(S):** | Forman |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 1:00 - 1:10 AT&T |

### RULINGS FROM MOTION HEARING:

The Second MOTION for Extension of Time to Complete Discovery [48] is granted in part and denied in part. The deadline for completion of discovery is extended to February 19, 2021 so that Defendants can complete the deposition of Plaintiff.