# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com

February 19, 2021

**Via ECF:**
The Honorable Steven Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Francisco v. NY Tex Care, Inc. et al*
               Case No. 19-cv-01649 PKC-ST

Dear Judge Tiscione:

      We are counsel to Plaintiff in the above-referenced matter. We write, pursuant to our conference held January 19, 2021, to inform the Court that Plaintiff has served its Rule 23 motion upon Defendants.

      In accordance with local rule 6.1(b), Defendants' opposition will be due on or before March 5, 2021, and Plaintiff's Reply will be due on or before March 12, 2021. Per Your Honor's bundling rule, Plaintiff will file the motion, opposition, reply and all its accompanying papers on March 12, 2021.

Respectfully submitted,

*/s/ CK Lee*
CK Lee, Esq.