# ARTHUR H. FORMAN
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

April 5, 2021

*By email:cklee@leelitigation.com*

C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Fl.
New York, NY 10011

                        Re:       Francisco v. NY Tex Care, Inc., et al.
                                    Case No. 19-CV-1649 (PKC)(ST)

Dear Mr. Lee:

    As you know, this office represents Defendants in the above referenced action.

    In opposition to Plaintiff's motion for class action certification, enclosed herewith please find:

1) Defendants' Memorandum in Opposition;
2) Declaration of Defendants' Attorney with Exhibits annexed; and
3) Affidavit of Insun Yun.

    Please call me if you have any questions or wish to discuss this action.

                                        Very truly yours,

                                              s/
                                        Arthur H. Forman

AHF/ms
Enc.