# Lee Litigation Group, PLLC
148 W 24ᵀᴴ Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:     212-465-1188
cklee@leelitigation.com

April 7, 2022

**Via ECF**
The Honorable Steven Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:     *Francisco v. NY Tex Care, Inc. et al.*
                 Case No. 19-cv-1649

Dear Judge Tiscione:

     We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel for Defendants, to respectfully inform the court that parties have agreed to engage in a class-mediation with Mediator Martin Scheinman, which is scheduled for May 19, 2022. This date is the earliest date that Mr. Scheinman, whom the parties found mutually agreeable, had available that worked for all parties and counsel involved.

     As parties are engaging in a class mediation, the parties request that they report to the Court concerning the outcome of the mediation in a joint letter by June 15, 2022. If the parties are unable to reach a resolution at mediation, the parties propose that they with their joint letter submit a new Scheduling Order and new proposed Notices to the Rule 23 Class and expanded Conditional FLSA Collective.

     We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.