**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

HERLINDA FRANCISCO, *on behalf of herself, FLSA Collective Plaintiff, and the Class*,

                              Plaintiff,

-v-

NY TEX CARE, INC. d/b/a GREEN & WHITE DRY CLEANERS, and INSUN YUN,

                              Defendants.

---

**Case No.**: 1:19-cv-01649

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff HERLINDA FRANCISCO hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated May 4, 2022, and annexed hereto as **Exhibit A**.

Dated: May 9, 2022

                                  Respectfully submitted,

                                  By: _____

                                  C.K. Lee, Esq. (CL 4086)
                                  LEE LITIGATION GROUP, PLLC
                                  148 West 24th Street, 8th Floor
                                  New York, NY 10011
                                  Tel.: (212) 465-1188
                                  Fax: (212) 465-1181
                                  *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

> Arthur H. Forman, Esq.
> 98-20 Metropolitan Avenue
> Forest Hills, New York 11375
> Tel: (718) 268-2616
> Email: ahf@ahforman.com
> Attorneys for Defendants

By: _____
        C.K. Lee, Esq.