**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERLINDA FRANCISCO, *on behalf of herself, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiff,<br><br>-v-<br><br>NY TEX CARE, INC. d/b/a GREEN & WHITE DRY CLEANERS, and INSUN YUN<br>Defendants. | **Case No.**: 1:19-cv-01649<br><br>**[PROPOSED]**<br><u>**RULE 68 JUDGMENT**</u> |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants NY Tex Care, Inc. d/b/a Green & White Dry Cleaners, and Insun Yun (collectively, "Defendants"), having offered to allow Plaintiff Herlinda Francisco ("Plaintiff") to take a judgment against them, in the sum of Thirty-Thousand Dollars and No Cents ($30,000.00), inclusive of all attorney's fees, interest, costs and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 4, 2022 and filed as Exhibit A to Docket Number 67;

**WHEREAS**, on May 9, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 67);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Herlinda Francisco, in the sum of Thirty-Thousand Dollars and No Cents ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 4, 2022 and filed as Exhibit A to Docket Number 67. The Clerk of Court is directed to close the case.

**SO ORDERED:**

Dated: _____, 2022          _____
       New York, New York                                    U.S.D.J.