UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HERLINDA FRANCISCO, on behalf of herself,
FLSA Collective Plaintiffs and the Class,

                                 Plaintiff,

v.

NY TEX CARE, INC. d/b/a GREEN & WHITE
DRY CLEANERS, and INSUN YUN,

                                Defendants.
---------------------------------------------------------------X

JUDGMENT

19-cv-01649(PKC)

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 9, 2022; and Defendants NY Tex Care, Inc. d/b/a Green & White Dry Cleaners, and Insun Yun, having offered Plaintiff Herlinda Francisco to take a judgment against Defendants in the sum of Thirty-Thousand Dollars and No Cents ($30,000.00), inclusive of all attorney's fees, interest, costs and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 4, 2022 and filed as Exhibit A to Docket Number 67; and an Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on May 12, 2022, directing the Clerk of Court to enter judgment; it is

       ORDERED and ADJUDGED that that judgment is entered in favor of Plaintiff Herlinda Francisco, in the sum of Thirty-Thousand Dollars and No Cents ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 4, 2022 and filed as Exhibit A to Docket Number 67.

Dated: Brooklyn, New York  
          May 13, 2022

                                               Brenna B. Mahoney  
                                               Clerk of Court

                                        By:    <u>/s/Jalitza Poveda</u>  
                                                      Deputy Clerk