UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERLINDA FRANCISCO, *on behalf of herself, FLSA Collective Plaintiff, and the Class*,<br><br>          Plaintiff,<br><br>      -v-<br><br>NY TEX CARE, INC. d/b/a GREEN & WHITE DRY CLEANERS, and INSUN YUN,<br>          Defendants. | Case No.: 1:19-cv-01649<br><br>**<u>SATISFACTION OF JUDGMENT</u>** |

    WHEREAS, a judgment dated May 13, 2022 was entered in the above action on May 18, 2022 (Docket No. 69) in favor of Herlinda Francisco as Plaintiff and against NY Tex Care, Inc. d/b/a Green & White Dry Cleaners, and Insun Yun as Defendants, in the amount of $30,000, to resolve all of Plaintiff's claims filed in this lawsuit, and said judgment having been paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

    THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
    May 25, 2022

                  LEE LITIGATION GROUP, PLLC

          By: _____
             C.K. Lee, Esq.
             148 West 24th Street, 8th Floor
             New York, NY 10011
             Telephone: (212) 465-1180
             Fax: (212) 465-1181
             E-mail: cklee@leelitigation.com
             *Attorneys for Plaintiff*

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

On the 25th day of May 2022 before me personally came C.K. Lee to me known and known to be a member of the firm of Lee Litigation Group PLLC, attorneys for Plaintiff Herlinda Francisco in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Anne Seelig-Suhrcke
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2024